UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

WILLIAM TROY WEST,

      Plaintiff,

                                      Case No: 1:24-cv-170

v.

                                      HON. ROBERT J. JONKER

UNKNOWN PARTY #1 et al.,

      Defendants.

_____/

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S<br>REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 28, 2024 (ECF No. 12). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's orders.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Dated:  <u>November 20, 2024</u>              <u>/s/ Robert J. Jonker</u>
                                                       ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE